■ In the Matter of HERMENA PERLMUTTER, a Suspended Attorney. [753 NYS2d 364] —Petitioner's motion granted to the extent of referring the matter to the Committee for a hearing

pursuant to 22 NYCRR 603.14 (g), as indicated. No opinion. Concur—Williams, P.J., Mazzarelli, Rosenberger, Ellerin and Wallach, JJ.